**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 26-256-DLB**

**DIDIER LICONA REYES** **PETITIONER**

**v.** **ORDER**

**UNITED STATES IMMIGRATION AND**
**CUSTOMS ENFORCEMENT** **RESPONDENT**

* * * * * * * * * * *

Petitioner Didier Licona Reyes, proceeding *pro se*, recently filed a letter, which the Court construes as a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. # 1). Petitioner claims he is being improperly detained by United States Immigration and Customs Enforcement at the Boone County Jail in Burlington, Kentucky.

However, it appears that Reyes, with the assistance of counsel, has already filed a Petition for Writ of Habeas Corpus before this Court advancing the same claim. *Licona-Reyes v. Lyons, et al.*, No. 2:26-cv-203-SCM (E.D. Ky. May 7, 2026). Because that Petition remains pending, **IT IS ORDERED** that Reyes's most recent Petition (Doc. # 1) is **DISMISSED** as duplicative and **STRICKEN** from the Court's active docket.

This 6th day of July, 2026.

**Signed By:**
***David L. Bunning*** DB
**Chief United States District Judge**